```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12604
   RAUL AVALOS
   YVETTE AVALOS                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3311    SSN XXX-XX-1915

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/16/2007 and was not confirmed.

    The case was dismissed without confirmation 09/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
RMI/MCSI                  UNSEC W/INTER    250.00           .00            .00
MONTEREY FINANCIAL        SECURED         1550.00           .00            .00
MONTEREY FINANCIAL        UNSEC W/INTER    701.40           .00            .00
MONTEREY FINANCIAL        SECURED         2250.00           .00            .00
MONTEREY FINANCIAL        UNSEC W/INTER    414.82           .00            .00
FREMONT INVESTMENT & LOA  CURRENT MORTG       .00           .00            .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE  28000.00           .00            .00
AMER COLL CO              UNSEC W/INTER NOT FILED           .00            .00
ARMOR SYSTEMS CO          UNSEC W/INTER NOT FILED           .00            .00
DEPENDON COLLECTION       UNSEC W/INTER NOT FILED           .00            .00
H&F LAW                   UNSEC W/INTER NOT FILED           .00            .00
IC SYSTEMS                UNSEC W/INTER NOT FILED           .00            .00
IC SYSTEMS                UNSEC W/INTER NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER NOT FILED           .00            .00
MAGES & PRICE             UNSEC W/INTER NOT FILED           .00            .00
NCO/COLLECTION AGENCY     UNSEC W/INTER NOT FILED           .00            .00
RMI/MCSI                  UNSEC W/INTER NOT FILED           .00            .00
TORRES CREDIT SERVICES    UNSEC W/INTER NOT FILED           .00            .00
UNITED COLLECTIONS        UNSEC W/INTER NOT FILED           .00            .00
UNITED COLLECTIONS        UNSEC W/INTER NOT FILED           .00            .00
UNITED COLLECTIONS        UNSEC W/INTER NOT FILED           .00            .00
*THAV & RYKE PLLC         DEBTOR ATTY    1,990.00                       324.00
TOM VAUGHN                TRUSTEE                                        22.15
DEBTOR REFUND             REFUND                                        692.30

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,038.45

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               324.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12604 RAUL AVALOS & YVETTE AVALOS
```

```
TRUSTEE COMPENSATION                                        22.15
DEBTOR REFUND                                              692.30
                                    ----------------    ----------------
TOTALS                                    1,038.45            1,038.45
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```